**DISMISS and Opinion Filed March 3, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-01530-CR
No. 05-19-01531-CR
No. 05-19-01532-CR
No. 05-19-01533-CR

**JAMES FRANKLIN BOWEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-40935-M, F19-40937-M,**
**F19-40936-M & F19-40939-M**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Myers, and Justice Carlyle
Opinion by Chief Justice Burns

James Franklin Bowen appeals his convictions for unauthorized use of a motor vehicle, possession of less than one gram of methamphetamine, evading arrest, and aggravated robbery. Appellant entered open pleas of guilty to all four offenses and pleaded true to the enhancement paragraphs alleged in each case. On November 5, 2019, the trial court found appellant guilty and found the enhancement paragraphs alleged in each offense true. The trial court then assessed punishment at ten years each for the unauthorized use and possession cases and forty-five years

each for the evading arrest and aggravated robbery cases. The trial court certified that appellant had the right to appeal each case because he had not entered into a plea bargain agreement with the State.

On December 9, 2019, appellant filed his notices of appeal. We questioned the timeliness of his appeals and requested jurisdictional letter briefs from appellant and the State. Appellant did not respond; the State filed a letter brief and asserted that we lacked jurisdiction over the appeals because the notices of appeal were not timely filed. For the reason that follows, we agree with the State and dismiss these appeals.

A defendant perfects an appeal by filing with the trial court clerk, within thirty days after the date sentence was imposed, or within ninety days after sentencing if the defendant timely filed a motion for a new trial, a written notice of appeal showing his desire to appeal. *See* TEX. R. APP. P. 25.2(b), (c), 26.2(a), (b). A document received "within ten days after the filing deadline is considered timely filed if," as relevant here, "it was *sent to the proper clerk* by United States Postal Service or a commercial delivery service." *See* TEX. R. APP. P. 9.2(b)(1)(A) (emphasis added). Courts have interpreted the "proper clerk" liberally to include "agents of the district clerk" and the clerk of the correct court of appeals. *See Taylor v. State*, 424 S.W.3d 39, 45–46 (Tex. Crim. App. 2014); *Moore v. State*, 840 S.W.2d 439, 441 (Tex. Crim. App. 1992). Mailing a notice of appeal to one's attorney or to the trial court judge does not meet the requirements of the rule. *Turner v. State*, 529 S.W.3d 157, 159

(Tex. App.—Texarkana 2017, no pet.) (holding prisoner mailbox rule did not apply when appellant delivered envelope to prison authorities for forwarding to trial judge); *Rhodes v. State*, 05-16-00921-CR, 2017 WL 3587101, at *2 (Tex. App.—Dallas Aug. 21, 2017, no pet.) (mem. op., not designated for publication) (mailing notice of appeal to third-party agent for redelivery to trial court clerk does not comply with rule). In the absence of a timely filed notice of appeal, we must dismiss the appeal for want of jurisdiction. *See Castillo v. Sate*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012).

Here, the trial court found appellant guilty and pronounced sentence in each of appellant's cases on November 5, 2019. Because appellant did not file a motion for new trial, his notices of appeal were due on December 5, 2019. *See* TEX. R. APP. P. 26.2(a)(1). Appellant's notices of appeal, dated November 24, 2019 and post-marked November 25, 2019, were mailed to the trial court judge. They were then forwarded to the district clerk who file stamped them on December 9, 2019. Because the notices were not sent to the proper clerk, appellant cannot avail himself of the ten-day grace period provided by the mailbox rule. *See id*. 9.2(b); *see also Turner*, 529 S.W.3d at 159. As a result, appellant's notices of appeal are untimely, and we lack jurisdiction over these appeals. *See Castillo*, 369 S.W.3d at 202.

We dismiss these appeals for want of jurisdiction. [1]


/Robert D. Burns, III/

ROBERT D. BURNS, III
CHIEF JUSTICE

Do Not Publish
Tex. R. App. P. 47.2(b)
191530F.U05

---

[1]Appellant may seek out-of-time appeals under article 11.07 of the code of criminal procedure. *See* Tex. Code Crim. Proc. Ann. art. 11.07.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JAMES FRANKLIN BOWEN,
Appellant

No. 05-19-01530-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F19-40935-M.
Opinion delivered by Chief Justice
Burns. Justices Myers and Carlyle
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.


Judgment entered March 3, 2020.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JAMES FRANKLIN BOWEN,
Appellant

No. 05-19-01531-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F19-40937-M.
Opinion delivered by Chief Justice
Burns. Justices Myers and Carlyle
participating.

      Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.


Judgment entered March 3, 2020.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JAMES FRANKLIN BOWEN,
Appellant

No. 05-19-01532-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F19-40936-M.
Opinion delivered by Chief Justice
Burns. Justices Myers and Carlyle
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want
of jurisdiction.

Judgment entered March 3, 2020.



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

JAMES FRANKLIN BOWEN,
Appellant

No. 05-19-01533-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F19-40939-M.
Opinion delivered by Chief Justice
Burns. Justices Myers and Carlyle
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered March 3, 2020.